THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF NORTH CAROLINA, *EX REL.* MARY DIKE,<br><br>Plaintiffs,<br><br>v.<br><br>ASSISTEDCARE, INC., RUSSELL HERRING, HEATHER WEEKS, and JENNIFER GUNTER,<br><br>Defendants. | CIVIL ACTION NO. 7:13-CV-137-FL<br><br>RELATOR'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS THE COMPLAINT WITHOUT PREJUDICE TO THE UNITED STATES AND THE STATE OF NORTH CAROLINA<br><br>FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)<br><br>DO NOT PLACE IN PRESS BOX<br>DO NOT ENTER ON PACER |

ORDER

Upon consideration of Relator's Unopposed Motion to Voluntarily Dismiss the Complaint Without Prejudice to the United States and the State of North Carolina, it is this 4th day of September, 2014 ORDERED that:

1. The Complaint is hereby dismissed but without prejudice to the United States and the State of North Carolina; and

2. The Clerk of the Court should send a copy of the signed order to counsel for the relator and the United States and the State of North Carolina.

*/s/ Louise W. Flanagan*
Louise W. Flanagan
United States District Court Judge